AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DYK, TIMOTHY B. | FEDERAL CIRCUIT | 05/02/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | JUDICIAL COUNSELOR | GILES RICH INN OF COURT |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2011 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $472.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | NYU LAW SCHOOL - SALARY |
| 2. 2011 | GEORGE WASHINGTON UNIVERSITY - HONORARIA $1,000 |
| 3. 2011 | WASHINGTON UNIVERSITY - HONORARIA $2,000 |
| 4. 2011 | PODESTA GROUP INC - CONSULTANT |
| 5. 2011 | RESOURCES FOR THE FUTURE - HONORARIA $ 1,000 |
| 6. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION (NYIPLA) | 03/24 - 03/26, 2011 | NEW YORK, NY | NYIPLA CLA PROGRAM & ANNUAL DINNER | TRANSPORTATION, LODGING, MEALS |
| 2. | LEWIS & CLARK LAW SCHOOL | 02/27 - 03/02/2011 | PORTLAND OR | EDUCATIONAL PROGRAM | TRANSPORTATION, LODGING, MEALS |
| 3. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/02/2012 |

4. _____  _____  _____  _____  _____

5. _____  _____  _____  _____  _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURO, MA (PARCEL 1) ($251,100) | | None | N | S | | | | | |
| 2. CONDOMINIUM - N. MIAMI BEACH FL | | None | | | Sold | 05/12/11 | L | | JC & MICHELINE REED |
| 3. CARLYLE FUND | E | Dividend | N | T | | | | | |
| 4. | | | | | Buy (add'l) | 01/27/11 | L | | |
| 5. CITIBANK BK DPT | A | Interest | K | T | | | | | |
| 6. I SHARES S&P NEW YORK BOND FUND | C | Interest | M | T | | | | | |
| 7. FIRST NIAGRA FINANCIAL (COMMON STOCK) | A | Interest | J | T | | | | | |
| 8. GENERAL MOTORS (COMMON STOCK ) | | None | K | T | Buy | 12/27/11 | K | | |
| 9. JAPAN EQUITY FUND | | None | K | T | Buy | 12/19/11 | K | | |
| 10. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 11. VANGUARD MM | A | Interest | L | T | | | | | |
| 12. DEUTCHE TELECOM (COMMON STOCK) | A | Dividend | K | T | Buy | 12/15/11 | K | | |
| 13. BANK OF AMERICA (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 14. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 15. | | | | | Buy (add'l) | 11/29/11 | J | | |
| 16. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 17. NUVEEN MUNICPAL VALUE FUND | D | Int./Div. | M | T | Sold (part) | 04/14/11 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ROYAL DUTCH SHELL (COMMON STOCK) | A | Dividend | L | T | Buy | 12/20/11 | L | | |
| 19. TOTAL S.A. (COMMON STOCK) | B | Dividend | M | T | Buy | 04/19/11 | L | | |
| 20. | | | | | Buy (add'l) | 05/09/11 | L | | |
| 21. VANGUARD MONEY MARKET FUND T/E | D | Dividend | P1 | T | | | | | |
| 22. NY COMM BK CORP | B | Dividend | J | T | | | | | |
| 23. HUDSON CITI BANK CORP | | None | | | Sold | 04/05/11 | J | | |
| 24. I-SHARES US PREFERRED STOCK INDEX | D | Dividend | L | T | | | | | |
| 25. I-SHARES S&P MUNI BOND FUND | | None | | | Sold | 04/04/11 | L | B | |
| 26. NORTHWEST BANK SHARES | A | Dividend | J | T | | | | | |
| 27. ABB LIMITED (COMMON STOCK) | B | Dividend | K | T | Buy | 12/12/11 | K | | |
| 28. DEUTCHE TELECOM (COMMON STOCK) | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 29. GENERAL MOTORS (COMMON STOCK) | | None | K | T | Buy | 12/19/11 | K | | |
| 30. ROYAL DUTCH SHELL (COMMON STOCK) | B | Dividend | L | T | Buy | 02/14/11 | L | | |
| 31. TOTAL S.A. (COMMON STOCK) | A | Dividend | J | T | Buy | 05/13/11 | L | | |
| 32. | | | | | Sold (part) | 12/30/11 | L | | |
| 33. VANGUARD INTERMEDIATE T/E | | None | | | Sold | 07/06/11 | M | B | |
| 34. ATLAS AIR WORLDWIDE (COMMON STOCK) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CAPITOL FEDERAL FINANCIAL (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 36. BRIGHT PT INC (COMMON STOCK) | | None | J | T | | | | | |
| 37. ASTORIA FINANCIAL (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 38. HARRIS INTERACTIVE INC (COMMON STOCK) | | None | J | T | | | | | |
| 39. OSI SYSTEMS INC (COMMON STOCK) | | None | K | T | | | | | |
| 40. POWERWAVE TECH INC (COMMON STOCK) | | None | J | T | | | | | |
| 41. SIRONA DENTAL SYSTEMS INC (COMMON STOCK) | | None | K | T | | | | | |
| 42. TELEFONICA SA (COMMON STOCK) | B | Dividend | K | T | Buy | 12/15/11 | K | | |
| 43. TETRATECH INC (COMMON STOCK) | | None | J | T | | | | | |
| 44. UNITED NATURAL FOODS (COMMON STOCK) | | None | K | T | | | | | |
| 45. CAPMARK BANK CD DUE 07/16/12 | C | Interest | M | T | | | | | |
| 46. WATTS WATER TECH (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 47. NUVEEN SELECT MATURITY (MUNICIPAL FUND) | A | Interest | J | T | | | | | |
| 48. VANGUARD IRA #4 | D | Dividend | N | T | | | | | |
| 49. - WILLIAMS COM GR INC. NOTES | | | | | Sold | 08/16/11 | J | | |
| 50. - I SHARES MSCI JAPAN | | | | | | | | | |
| 51. - LUCCADIA NATIONAL CORP (COMMON STOCK) | | | | | Buy | 08/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - FIDELITY JAPAN SMALL CO. FUND | | | | | | | | | |
| 53. -VANGUARD MM | | | | | | | | | |
| 54. - GENERAL ELECTRIC CO (COMMON STOCK) | | | | | | | | | |
| 55. - INTEL CORP (COMMON STOCK) | | | | | | | | | |
| 56. - NY TIMES CO (COMMON STOCK) | | | | | | | | | |
| 57. - CAPITAL TRUST INC (COMMON STOCK) | | | | | | | | | |
| 58. - DOW CHEMICAL BOND DUE 05/15/14 | | | | | | | | | |
| 59. VANGUARD IRA - #1 | E | Dividend | N | T | | | | | |
| 60. - VANGUARD HIGH YIELD CORP FUND | | | | | Buy | 12/30/11 | L | | |
| 61. - BANK OF AMERICA (COMMON STOCK) | | | | | Buy | 10/14/11 | J | | |
| 62. - FIDELITY JAPAN SM CO FUND | | | | | | | | | |
| 63. - EXXON MOBIL (COMMON STOCK) | | | | | Sold | 02/14/11 | L | E | |
| 64. - I SHARES JAPAN INDEX FUND | | | | | | | | | |
| 65. - TELEFONICA (COMMON STOCK) | | | | | Buy | 08/08/11 | K | | |
| 66. - TELEFONICA (COMMON STOCK) | | | | | Sold | 12/12/11 | K | | |
| 67. - I-SHARES PREFERRED STOCK INDEX | | | | | | | | | |
| 68. - KENNA METAL (COMMON STOCK) | | | | | Buy | 03/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - KENNA METAL (COMMON STOCK) | | | | | Sold | 04/12/11 | K | | |
| 70. - THIRD AVE FOCUSED CREDIT FUND | | | | | | | | | |
| 71. - N Y TIMES (COMMON STOCK) | | | | | | | | | |
| 72. - DEUTCHE TELECOM (COMMON STOCK) | | | | | Buy | 03/16/11 | K | | |
| 73. - DEUTCHE TELECOM (COMMON STOCK) | | | | | Sold | 12/12/11 | K | | |
| 74. - MORGAN STANLEY SENIOR NOTES | | | | | | | | | |
| 75. - VANGUARD MONEY MARKET | | | | | | | | | |
| 76. -LUMINENT (COMMON STOCK) | | | | | | | | | |
| 77. VANGUARD IRA #2 | C | Dividend | N | T | | | | | |
| 78. -VANGUARD MONEY MARKET | | | | | | | | | |
| 79. - EXPEDITORS I'NTL (COMMON STOCK) | | | | | Buy | 03/08/11 | K | | |
| 80. - EXPEDITORS I'NTL (COMMON STOCK) | | | | | Sold | 04/12/11 | L | A | |
| 81. - FIDELITY INV TRUST JAPAN SMALL CO FUND | | | | | Sold (part) | 02/22/11 | K | | |
| 82. - DODGE & COX INT FUND | | | | | Sold | 04/01/11 | K | C | |
| 83. - DEUTCHE TELECOM (COMMON STOCK) | | | | | Buy | 03/16/11 | J | | |
| 84. - CITIGROUP (COMMON STOCK) | | | | | | | | | |
| 85. - VALLEY NATIONAL BANK (COMMON STOCK) | | | | | Buy | 08/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -LUMINENT (COMMON STOCK) | | | | | | | | | |
| 87.  - INTEL (COMMON STOCK) | | | | | | | | | |
| 88.  - N Y TIMES (COMMON STOCK) | | | | | | | | | |
| 89.  VANGUARD IRA # 3 | E | Dividend | M | T | | | | | |
| 90.  - VANGUARD MM FUND | | | | | | | | | |
| 91.  - I SHARES S&P PREFERRED STOCK INDEX FUND | | | | | | | | | |
| 92.  - ROYAL DUTCH SHELL (COMMON STOCK) | | | | | Distributed (part) | 12/20/11 | L | | |
| 93.  - THIRD AVE FOCUS CREDIT FUND | | | | | | | | | |
| 94.  - FAIR POINT COMMUNICATIONS (COMMON STOCK) | | | | | | | | | |
| 95.  - INTEL CORP (COMMON STOCK) | | | | | | | | | |
| 96.  TD WATERHOUSE IRA #1 (CASH) | A | Dividend | J | T | | | | | |
| 97.  TD WATERHOUSE IRA #2 | A | Dividend | N | T | | | | | |
| 98.  -SPEC SITUATION LIFE SCIENCES FUND | | | | | | | | | |
| 99.  WELLS FARGO IRA | A | Dividend | J | T | | | | | |
| 100.  - MONEY MARKET | | | | | | | | | |
| 101.  - KAISER ALUMINUM (COMMON STOCK) | | | | | | | | | |
| 102.  - KAISER ALUMINUM SENIOR NOTES DUE 02/15/02 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  MASS MUTUAL LIFE INS | A | Dividend | K | W | | | | | |
| 104.  ING LIFE INS | C | Dividend | M | T | | | | | |
| 105.  PNC BANK WASH DC | A | Interest | K | T | | | | | |
| 106.  US BONDS | C | Interest | M | T | | | | | |
| 107.  J.J. GUMBERG LIMITED PARTNERSHIP | B | Distribution | J | W | | | | | |
| 108. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

2) TRANSFERS FROM IRA MONEY MARKET TO PERSONAL ACCOUNT (RMD) NOT SHOWN;  DISTRIBUTIONS IN KIND REPORTED ON LINES 18 & 92.

3) LINES 49 & 51 -  WILLIAMS COM GR INC. NOTES WERE EXCHANGED FOR LUCCADIA NATIONAL CORP  (COMMON STOCK)  ON 08/16/2011

4) LINE 6 - THE NAME OF THE INVESTMENT ON THE 2010 REPORT WAS INCORRECTLY REPORTED AS I SHARES S&P NATIONAL BOND FUND.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TIMOTHY B. DYK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544